**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**ROBERTO LA COSS**

**VERSUS**

**SCOTT LADWIG, ET AL.**

**CIVIL ACTION**

**No. 26-141-SDD-RLB**

## ORDER

Considering the Petitioner's *Motion for Temporary Restraining Order and Preliminary Injunction* (Doc. 2),

**IT IS ORDERED** that a response to the motion shall be filed by **3:00 p.m. on Thursday, February 12, 2026**, not to exceed 25 pages excluding attachments. The mover may file a reply brief by **Monday, February 17, 2026**. No motion for leave will be required. Sur-Reply briefs will be permitted only with leave of Court for extraordinary reasons supported by sufficient facts.

**IT IS FURTHER ORDERED** that by **12:00 p.m. on Wednesday, February 18, 2026**, the parties shall jointly file a brief describing (1) whether discovery will be needed in this case, and, if so, the scope and amount of discovery; (2) whether an evidentiary hearing will be required, and, if so, how long the hearing is anticipated to last and how many witnesses are anticipated; and (3) if evidentiary hearing is not needed, whether oral argument is requested.

**IT IS FURTHER ORDERED** that a video status conference set for **3:00 p.m. on Wednesday, February 18, 2026**. An email with telephone conference instructions will be issued.

**IT IS FURTHER ORDERED** that the Government shall not remove Petitioner from this district while the instant motion is pending and being considered. *See ITT Cmty. Dev. Corp. v. Barton*, 569 F.2d 1351, 1359 (5th Cir. 1978) (Courts have the authority to enjoin activity that "would have had the practical effect of diminishing the court's power to bring the litigation to a natural conclusion," including orders that preserve the status quo.). Nothing in this order prevents the Government from continuing to pursue eventual removal—e.g., obtaining travel documents or negotiating with target countries.

Signed in Baton Rouge, Louisiana, on February 11, 2026.


CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA