# UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF LOUISIANA

ROBERTO LA COSS,

*Petitioner*,

v.

SCOTT LADWIG, *et al.*,

*Respondents*.

Civil Action No. 3-26-cv-00141-SDD-RLB

Chief Judge Shelly D. Dick

Magistrate Judge Richard L. Bourgeois, Jr.

## CONSENT JUDGMENT

Petitioner, Mr. Roberto La Coss, and Respondents[1] jointly consent to the entry of this Stipulated Order and Consent Judgment to resolve Mr. La Coss's above-captioned habeas petition. The Court, having found that good cause exists for the entry of this Stipulated Order and Consent Judgment, hereby **ORDERS, DECREES, AND ADJUDGES** as follows:

1.

The Parties agree to the terms of this consent judgment based upon the specific facts and circumstances of Petitioner, Mr. Roberto LaCoss's habeas petition. This consent judgment does not constitute any admission by Respondents regarding any claim in Mr. La Coss's habeas petition, his need for an orderly departure, notice for an orderly departure or any admission regarding third country removal notice and the period for that notice.

---

[1] Federal Respondents are Kristi Noem, Todd Lyons, Scott Ladwig, and Pameal Bondi. Kristi Noem is no longer serving as the Secretary for the United States Department of Homeland Security. The undersigned do not represent Kevin Jordan, LaSalle Corrections Facility Administrator, Louisiana ICE Processing Center because Warden Jordan is not a federal employee.

2.

The U.S. Immigration and Customs Enforcement agrees to revoke the previously issued notice of revocation that was issued on September 16, 2025, and Mr. La Coss agrees to continue to report to U.S. Immigration and Customs Enforcement under his Order of Supervision issued on February 23, 2026, and to comply with the terms therein.

3.

Pursuant to his travel document from the Philippine Consulate General,[2] which is active and valid until April 5, 2026, the U.S. Immigration and Customs Enforcement agrees to allow Mr. La Coss to remove himself from the United States via a commercial airline. By March 23, 2026, Mr. La Coss agrees to provide his commercial flight itinerary for his removal from the United States to the Philippines to the U.S. Immigration and Customs Enforcement. Mr. La Coss's flight itinerary should include his name, flight numbers, airport details, date and time of his departure, the date and time of any connecting flights, and the date and time of his arrival in the Philippines.

4.

To ensure Mr. La Coss's arrival in the Philippines by April 5, 2026—i.e., before his travel document expires—Mr. La Coss agrees that the commercial flight itinerary he agrees to provide to the U.S. Immigration and Customs Enforcement by March 23, 2026, will be for a flight that is scheduled to depart the United States for the Philippines no later than April 1, 2026. Respondents agree that the date certain for removal on April 1, 2026, will not involve any period of detention of Mr. La Coss by Respondents. In the event Mr. La Coss remains in the United States by April 4, 2026, the U.S. Immigration and Customs Enforcement reserves its rights to effectuate Mr. La Coss's removal from the United States via a U.S. Department of Homeland Security chartered

---

[2] *See* Doc. 49.

flight before the expiration of his travel documents to ensure that Mr. La Coss arrives in the Philippines by April 5, 2026.

5.

Respondents will provide Mr. La Coss' travel document that it received from the Philippine Consulate General—which permits travel via commercial airlines—so that travel arrangements via a commercial airline can be made. If a family member seeks to travel with Mr. La Coss to the Philippines, he or she must obtain his or her own visa for entry into the Philippines.

6.

Mr. La Coss agrees to meet with a U.S. Department of Homeland Security official at the airport on the international leg of his flight to verify his identity, sign any necessary papers, and for a U.S. Department of Homeland Security official to observe him boarding his international commercial flight to the Philippines. This identity verification process will not include a period of detention and is necessary to verify Mr. La Coss's identity before his flight to the Philippines.

7.

Respondents agree that from the signing of this Consent Judgment until April 5, 2026, the U.S. Immigration and Customs Enforcement will not seek to remove Mr. La Coss to a third country—*i.e.*, any country other than the Philippines. If Mr. La Coss is not removed from the United States by April 5, 2026, the U.S. Immigration and Customs Enforcement reserves its right to effectuate a third-country removal at a later date, if necessary.

8.

The Parties agree that the Court retains jurisdiction over this proceeding for the limited purpose of enforcing this consent judgment and to address any alleged violations thereof, for a thirty (30) day period.

3

9.

The Parties agree to the entry of the Consent Judgment by the Court.

**SO ORDERED, DECREED, AND ADJUDGED** this *18* day of *March* ,

2026.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

**SO STIPULATED** by the Parties:

UNITED STATES OF AMERICA, by

KURT WALL
UNITED STATES ATTORNEY

/s/ Justin A. Jack
Justin A. Jack, LBN 36508
Candace B. Ford, LBN 37686
Assistant United States Attorneys
451 Florida Street, Suite 300
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
E-mail: justin.jack@usdoj.gov
Email: candace.ford@usdoj.gov

*Counsel for Respondents*

/s/ Nora Ahmed
Nora Ahmed*
/s/ Ashley R. Fox
Ashley R. Fox
LA Bar No. 41748
/s/ Charles Andrew Perry
Charles Andrew Perry
LA Bar No. 40906
ACLU Foundation of Louisiana
1340 Poydras St., Ste. 2160
New Orleans, LA 70112
Tel: (504) 522-0628

4

afox@laaclu.org
aperry@laaclu.org
nahmed@laaclu.org

/s/ Sarah T. Gillman
Sarah T. Gillman*
ROBERT & ETHEL KENNEDY
HUMAN RIGHTS CENTER
88 Pine Street, 8th Floor, Suite 801
New York, New York 10005
Tel.: (929) 656-1871
gillman@kennedyhumanrights.org

/s/ Sarah E. Decker
Sarah E. Decker*
ROBERT & ETHEL KENNEDY
HUMAN RIGHTS CENTER
1300 19th Street NW, Suite 750 Washington,
DC 20036
Tel.: (908) 967-3245
decker@kennedyhumanrights.org


*Attorneys for Petitioner*

*\*Admitted pro hac vice*